COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      Kay Stein v. Gerarda Elizabeth Duenas

Appellate case number:   01-14-00564-CV

Trial court case number:  375064

Trial court:                     County Court at Law No. 5 of Bexar County

Appellee has objected that Appellant's brief filed on November 12, 2014 does not comply with Rule 38 of the Texas Rules of Appellate Procedure because it fails to include necessary citations to the record. *See* TEX. R. APP. P. 38.1(d) (statement of case should be supported by record references); TEX. R. APP. P. 38.1(i) (brief must contain clear and concise argument for contentions made with appropriate citations to authorities and the record). The objection is **sustained**.

Accordingly, the Clerk of this Court is directed to **strike appellant's brief** for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. 38.9(a). An amended appellant's brief conforming to Texas Rule of Appellate Procedure 38.1(d) and (i) is due within **ten (10) days of the date of this order**. Appellant is instructed that the only changes that may be made to the brief in response to this order are the addition of record citations so that the brief complies with Rule 38.1(d) and (i); appellant is not authorized by this order to make any changes in the brief's substance**.**

It is so ORDERED.

Judge's signature: /s/ <u>Michael Massengale</u>
                            ☒ Acting individually      ☐ Acting for the Court

Date:  March 12, 2015